| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Mayeron, Janie S. | 2. Court or Organization<br><br>U.S. District Court-Minnesota | 3. Date of Report<br><br>05/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge-FT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ☑ Annual      ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>632 U.S. Courthouse<br>316 North Robert Street<br>St. Paul, MN 55101 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | MacPhail Center For Music |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Rational Energies - Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds American Balanced Fund Class F | A | Dividend | K | T | | | | | |
| 2. Lord Abbett Fundamental Equity Class A | A | Dividend | N | T | Sold (part) | 12/16/11 | K | | |
| 3. SunAmerica Alternative Strategies Fund Class A | A | Dividend | L | T | Buy | 12/11/11 | K | | |
| 4. Fiserve Inc.-Common | | None | O | T | | | | | |
| 5. Fiserve Inc.-Restricted | | None | M | T | | | | | |
| 6. Berkshire Hathaway Inc. | | None | M | T | | | | | |
| 7. Pioneer Global High Yield FD CL A | E | Dividend | N | T | Buy | 07/12/11 | M | | |
| 8. | | | | | Sold (part) | 12/13/11 | K | | |
| 9. FT Templeton Global Bond A | D | Dividend | M | T | Buy | 10/1/11 | M | | |
| 10. Mass Mutual Financial Group | A | Dividend | K | T | | | | | |
| 11. U.S. Bank Account | A | Interest | K | T | | | | | |
| 12. Wells Fargo Accounts | A | Interest | M | T | | | | | |
| 13. Northwestern Mutual Whole Life | C | Dividend | M | T | | | | | |
| 14. Northwestern Mutual Whole Life | A | Dividend | K | T | | | | | |
| 15. IBM-Common | A | Dividend | J | T | Donated (part) | | | | |
| 16. Northwestern Mutual Whole Life | B | Dividend | L | T | | | | | |
| 17. Mass Mutual Financial Group, Group Universal Life IRA #1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard LifeStrategy Moderate Growth Fund | | None | M | T | | | | | |
| 19. Pioneer Global High Yield FD CL A | D | Dividend | M | T | | | | | |
| 20. American Funds AMCAP FD CL-A | A | Dividend | M | T | Sold (part) | 3/23/11 | K | | |
| 21. American Funds New Perspective CL A | A | Dividend | L | T | Sold (part) | 3/23/11 | K | | |
| 22. American Funds Capital World Growth & Income Fund Class A | B | Dividend | L | T | | | | | |
| 23. General Motors Accep Corp Smartnotes Book Entry | B | Interest | K | T | | | | | |
| 24. American Funds American Balanced Fund Class A | C | Dividend | M | T | | | | | |
| 25. Govt Natl Mtg Assn Pool | A | Interest | J | T | | | | | |
| 26. Fidelity Adv Mid Cap II - CL A | | None | M | T | | | | | |
| 27. CenterCoast MLP Focus Fund Class A | B | Dividend | K | T | Buy | 03/23/11 | K | | |
| 28. UBS Bank USA Dep Acct. | A | Interest | J | T | | | | | |
| 29. Mankato MN ISD ▓ Tax SR A | C | Interest | M | T | Buy | 02/18/11 | L | | |
| 30. Minnesota ST GO Ref B/E UT | C | Interest | | | Sold | 08/11/11 | L | | |
| 31. Metropolitan Council GO Ref Waste WTR Treatment Ser A B/E UT | C | Interest | M | T | | | | | |
| 32. Minnesota Agric & Econ Dev Brd Rev 5.92% MBIA Fairview Hosp | A | Interest | J | T | | | | | |
| 33. Robbinsdale MN ISD ▓ FSA Ser A B/E UT | C | Interest | M | T | | | | | |
| 34. Barnesville Mn Ref Go Ser-B UT B/E | B | Interest | | | Sold | 02/01/11 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Edina Mn Indpt SD Go    B/E UT | C | Interest | M | T | | | | | |
| 36. Hasting MN ISD #200 GO FSA St. Cred Prog Ref Ser-   B/E | B | Interest | K | T | | | | | |
| 37. Melrose Mn GO Impt BE UT | C | Interest | L | T | | | | | |
| 38. Northfield, MN Economic Dev. Auth Pub Proj Rev SER-A B/E | B | Interest | K | T | | | | | |
| 39. St. Michael, MN ISD GO FSA SD Cred Prog | C | Interest | L | T | | | | | |
| 40. Sandoval Cnty N Mex O/Y 5.03% Landfill Rev Ref & Impt B/E | C | Interest | | | Sold | 08/15/11 | L | A | |
| 41. Inver Grove Heights MN Golf Course Gross Rev Ref Ser A B/E | C | Interest | | | Sold | 12/01/11 | L | | |
| 42. Illinois Dev Fin Auth Rv Cmnty Rehab Providers A B/E | A | Interest | J | T | | | | | |
| 43. Eaton Vance Minnesota Munifipal Income Fund Class L | C | Interest | M | T | Buy | 08/04/11 | L | | |
| 44. | | | | | Buy | 08/16/11 | M | | |
| 45. Farmington MN ISD | C | Interest | M | T | | | | | |
| 46. Farmington MN ISD | C | Interest | L | T | | | | | |
| 47. Minnesota St. Higher Ed F | C | Interest | M | T | | | | | |
| 48. Hopkins MN ISD | C | Interest | M | T | | | | | |
| 49. Chisago Lakes ISD | B | Interest | L | T | | | | | |
| 50. Hennepin Cnty Minn RFDG | C | Interest | M | T | | | | | |
| 51. Orono MN ISD No. | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Spring Lk Pk MN SD | C | Interest | L | T | | | | | |
| 53. Cloquet MN Indpt Sch SRA | B | Interest | K | T | | | | | |
| 54. Pioneer Strategic Incm CL A | B | Dividend | L | T | Sold (part) | 03/23/11 | K | C | |
| 55. Amerian Funds AMCAP Fd CL-A | A | Dividend | L | T | Sold (part) | 12/22/11 | K | D | |
| 56. American Funds New Perspective CL A | A | Dividend | L | T | | | | | |
| 57. American Funds Capital World Growth & Income | B | Dividend | L | T | | | | | |
| 58. Enterprise Products Partner LP | A | Interest | K | T | | | | | |
| 59. Oneok Partnership LP | B | Dividend | L | T | | | | | |
| 60. Center Coast MLP Focus Fund Class A | B | Dividend | L | T | Buy | 03/23/11 | K | | |
| 61. Fidelity Adv Mid Cap II CL A | | None | L | T | | | | | |
| 62. SunAmerica Alternative Strateges Fund Class A | | None | K | T | Buy | 12/22/11 | K | | |
| 63. Markwest Energy Partners LP Int. | B | Dividend | K | T | | | | | |
| 64. SPDR Barclays Capital Tips | A | Dividend | K | T | | | | | |
| 65. FT Templeton Global Bond | B | Dividend | K | T | | | | | |
| 66. UBS Bank USA Dep Acct. | A | Interest | J | T | | | | | |
| 67. RMA Money Mkt. Portfolio | | None | K | T | | | | | |
| 68. RMA Tax Free Fund Inc | A | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NWQ International Money Manager | D | Dividend | M | T | | | | | |
| 70. Tealwood Value Growth Fund | C | Dividend | M | T | | | | | |
| 71. Tealwood Strategic Income Fund | A | Dividend | M | T | | | | | |
| 72. Space Data Corp. | | None | L | W | | | | | |
| 73. Rational Energies | | None | M | T | Buy | 02/7/11 | K | | |
| 74. Rental Property, Mpls., MN Bought 5/30/02 for $221,500 | E | Rent | M | R | | | | | |
| 75. American Funds-Intermediate Bond Fund of America | A | Dividend | J | T | Buy | 10/07/11 | J | | |
| 76. America Funds - Capital World Bond Fund | A | Dividend | J | T | Buy | 12/31/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following are explanations related to Section VII:

Line 75 - Commencing October 7, 2011, contributions are automatically made every two weeks to purchase these funds. Thus, buys were made on 10/7/11, 10/21/11, 11/04/11, 11/15/11, 12/02/11, 12/16/11, and 12/30/11.

Line 76 - Commencing October 7, 2011, contributions are automatically made every two weeks to purchase these funds. Thus, buys were made on 10/7/11, 10/21/11, 11/04/11, 11/15/11, 12/02/11, 12/16/11, and 12/30/11.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janie S. Mayeron**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544